

Misc. No. 14–8022/AF.   Michael J. Roy, Appellant v. U.S., Appellee.   CCA 38089. Notice is hereby given that a writ-appeal petition for review of the United States Air Force Court of Criminal Appeals' decision on Appellant's application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b).

No. 13–7001/AR.   U.S. v. Hasan K. Akbar.   CCA 20050514.   Appellant's motion for leave to delay a response to the motion to withdraw as counsel is granted to July 15, 2014.

Monday, July 14, 2014

No. 14–0673/AR.   U.S. v. Christopher L. Moyers.   CCA 20110975.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to an including July 23, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0678/NA.   U.S. v. Richard B. Freeman III.   CCA 201300102.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including August 1, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*